Ricky D. HANGARTNER,
Plaintiff–Appellant

v.

INTEL CORPORATION,
Defendant–Appellee.

No. 2015–1293.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2016.

Philip P. Mann, Mann Law Group, Seattle, WA, argued for plaintiff-appellant. Also represented by Timothy John Billick, I; John Whitaker, Whitaker Law Group, Seattle, WA.

David John Burman, Perkins Coie, LLP, Seattle, WA, argued for defendant-appellee. Also represented by Jonathan Lee McFarland, Christina Jordan McCullough; David R. Pekarek Krohn, Madison, WI.

MOORE, O'MALLEY, and TARANTO, Circuit Judges.

---

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**